**RILEY v. DeBAER**

[356 N.C. 426 (2002)]

DEBRA RILEY v. LINDA DeBAER, TIM MILLER, INDIVIDUALLY; AND ATLANTIC BEHAVIORAL HEALTH SYSTEMS INC., NOW DOING BUSINESS AS CAROLINA REHABILITATION, AND PREVIOUSLY DOING BUSINESS AS TOTAL REHAB

No. 407A01-2

(Filed 22 November 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 149 N.C. App. 520, 562 S.E.2d 69 (2002), vacating and remanding for dismissal an order entered 9 March 2000 by Manning, J., in Superior Court, Durham County. Heard in the Supreme Court 15 October 2002.

*Browne, Flebotte, Wilson & Horn, PLLC, by Martin J. Horn, for plaintiff-appellant.*

*Newsom, Graham, Hedrick & Kennon, P.A., by William P. Daniell, for defendant-appellees Linda DeBaer and Atlantic Behavioral Health Systems, Inc.*

PER CURIAM.

AFFIRMED.